IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY HARRIS,<br>    Plaintiff | :<br>:<br>:   CIVIL NO. 3:12-CV-555 |
| v. | :<br>:   (JUDGE NEALON) |
| DAUPHIN COUNTY PRISON, et al.,<br>    Defendants | :   (MAGISTRATE JUDGE SMYSER)<br>: |

## ORDER

**NOW**, THIS 14th DAY OF JUNE, 2012, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. 9) is **ADOPTED**;

2. The complaint, (Doc. 1), and the document filed on May 3, 2012, (Doc. 8), are **DISMISSED**;

3. The Clerk of Courts is directed to **CLOSE** this case; and

4. Any appeal will be deemed frivolous, without probable cause, and not taken in good faith.

_____
**United States District Judge**

**FILED**
**SCRANTON**

JUN 1 4 2012

PER _____
    **DEPUTY CLERK**